```
 1 │ NICOLA T. HANNA
   │ United States Attorney
 2 │ LAWRENCE S. MIDDLETON
   │ Assistant United States Attorney                    ORIGINAL
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ JOHN J. KUCERA
   │ Assistant United States Attorney
 6 │ Asset Forfeiture Section
   │ California Bar No. 274184
 7 │     Federal Courthouse, 14th Floor
   │     312 North Spring Street
 8 │     Los Angeles, California 90012
   │     Telephone:  (213) 894-3391
 9 │     Facsimile:  (213) 894-7177
   │     E-mail: John.Kucera@usdoj.gov
10 │
11 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
12 │
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $43,100.21 IN BANK FUNDS SEIZED FROM BANK OF AMERICAN ACCOUNT '9342 AND $154,040.78 IN BANK FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT '0071 | CR MISC CM NO. 18-1803 <br><br> STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT <br><br> [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

It is hereby stipulated by and between the United States of America (the "government") and claimants Daniel Hyer and Melissa Deeann Roy Hyer ("claimants"), through their counsel, K.C. Maxwell, regarding $43,100.21 in Bank Funds Seized from Bank of American Account '9342 and $154,040.78 in Bank Funds Seized from Bank of America Account '0071 (the "defendant funds"), as follows:

1.  Claimants have filed a written claim in administrative

forfeiture proceedings with the United States Postal Inspection Service ("USPIS") with respect to the defendant funds.

2.  The government asserts that USPIS has sent the written notice on intent to forfeiture required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the defendant funds. No person other than the claimants have filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the seized funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is October 9, 2018, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4.  Presently, the deadline for the United States to file a civil forfeiture complaint is set to expire October 9, 2018. However, claimants do not desire that the government initiate a civil forfeiture action against the defendant funds at this time, because the parties desire additional time to discuss resolution of the matter.

5.  On March 28, 2018, and on July 25, 2018, in the District of Arizona, the government filed an indictment and a first superseding indictment, respectively, seeking criminal forfeiture of these same defendant assets, with a trial date presently set for January 15, 2020.

6. On October 9, 2018, at approximately 3:55 p.m., in order to provide the parties an opportunity to settle the matter, as provided by 18 U.S.C. § 983(a)(3)(A), claimants' counsel contacted government counsel to agree to seek to extend the time in which the United States is required to file a civil complaint for forfeiture against the seized currency. Unfortunately, by the time claimants' counsel was able to contact government counsel, the clerk's office had closed for the day.

7. However, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the assets are subject to forfeiture shall be extended to January 22, 2020 (that is, one week after the presently scheduled trial date for the related criminal proceeding).

8. Claimants knowingly, intelligently, and voluntarily gives up any right they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the defendant funds by October 9, 2018, and any right they may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

///

///

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint in connection with the seizure of the defendant currency be extended to and including January 22, 2020.

**SO STIPULATED**

Dated: October 9, 2018              Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney
                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture Section


                                        /s/John J. Kucera
                                    JOHN J. KUCERA
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: October 9, 2018
                                    /s/(per e-mail confirmation)
                                    KC MAXWELL

                                    Attorney for Claimants
                                    DANIEL HYER
                                    MELISSA DEEANN ROY HYER

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **October 1, 2018**, I served a copy of: **STIPULATION AND REQUEST TO FURTHER EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLANT** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  K.C. MAXWELL
     235 MONTGOMERY ST. #1070
     SAN FRANCISCO, CA 94104

 _X_  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 1, 2018** at Los Angeles, California.

_____
KRYSTIE SOR